# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

PATRICIA GIBBS,

    Plaintiff,

-vs-                          Case No. 6:09-cv-220-Orl-28KRS

SAPPORO JAPANESE STEAK HOUSE,
INC., MASAAKI SATO,

    Defendants.

---

## ORDER

This case is before the Court on Defendants' oral motion to dismiss the complaint for failure to prosecute. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed July 2, 2009 (Doc. No. 32) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's complaint (Doc. No. 1) is **DISMISSED without prejudice**.

3. Defendants' Motion to Dismiss (Doc. No. 33) is **DENIED as moot**.

4. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this \_\_17\_\_ day of August, 2009.

                                                    JOHN ANTOON II
                                                    United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party